No. 91–7270 (A–583). GARRETT v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

FEBRUARY 11, 1992

No. A–581 (91–1292). HAITIAN REFUGEE CENTER, INC., ET AL. v. BAKER, SECRETARY OF STATE, ET AL. C. A. 11th Cir. Application for stay of mandate of the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, has been referred to the Court by him. Motion of petitioners for temporary waiver of this Court's Rule 33 granted. The Solicitor General is directed to file a response to the application for stay and the petition for writ of certiorari on or before 3 p.m., Friday, February 14, 1992. JUSTICE BLACKMUN would grant the application for stay at this time.

FEBRUARY 15, 1992

No. A–587 (91–1270). RICHARDS, GOVERNOR OF TEXAS, ET AL. v. TERRAZAS ET AL. Appeal from D. C. W. D. Tex. Application for limited stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE STEVENS would grant the application.

FEBRUARY 18, 1992

No. 91–272. FELIX ET AL. v. INDIANA DEPARTMENT OF STATE REVENUE ET AL. Sup. Ct. Ind. Certiorari dismissed under this Court's Rule 46.

No. 91–855. KISSICK, PERSONAL REPRESENTATIVE OF THE ESTATE OF KISSICK v. SCHMIERER, PERSONAL REPRESENTATIVE OF THE ESTATE OF SCHMIERER, ET AL. Sup. Ct. Alaska. Certiorari dismissed under this Court's Rule 46.